UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO:

BRADFORD BROWN,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, BRADFORD BROWN, sues Defendant, UNITED STATES OF AMERICA, and alleges:

**A. PARTIES**

1. At all times material to this action, Plaintiff, BRADFORD BROWN, is an individual who is a citizen of the State of Florida.

2. At all times material to this accident, Defendant, UNITED STATES OF AMERICA (the "UNITED STATES"), maintained an agency known as the Department of the Army.

**B. JURISDICTION**

3. This is an action for damages in excess of One Million and No/100 Dollars, ($1,000,000.00), exclusive of interest, costs, and attorney's fees, and is brought pursuant to the Federal Tort Claims Act, sections 1346(b) and 2671-2680, title 28, United States Code.

1

4.      Venue is proper in this Court because all of the wrongful acts occurred in this judicial district in Bushnell, Sumter County, Florida.

5.      All conditions precedent to the bringing of this action have been performed or have been waived. (See attached notice of tort claim.)

### C.  ALLEGED FACTS

6.      On August 7, 2018, at or around 10:20 A.M., Plaintiff was a passenger in a motor vehicle owned by Veteran of Foreign Wars Post 10209, on the way to a military funeral, stopped facing southbound on the exit ramp of State Road 93 at or near its intersection with County Road 673 waiting to make a right turn.

7.      At that time and place, Defendant, by and through its employee and/or acting member, Jolius Maymi, who at all times material hereto, was acting within the course and scope of his employment and/or agency with the Department of the Army, an official agency of the Defendant, UNITED STATES, operated a Military Funeral Honors motor vehicle traveling southbound on the exit ramp of State Road 93 at or near its intersection with County Road 673.

8.      At that time and place, Jolius Maymi negligently operated and/or maintained the motor vehicle so that it collided with the rear of the motor vehicle in which Plaintiff was a passenger.

9.      At the time of the accident, driver, Jolius Maymi, was operating the vehicle negligently.  The Defendant, UNITED STATES, was vicariously liable for the negligence of the driver, Jolius Maymi, who owed a duty to exercise ordinary care and operate the vehicle

reasonably and prudently. Defendant, by and through its employee, breached that duty in one or more of the following ways:

a) failing to timely apply the brakes;

b) failing to maintain a proper lookout;

c) failing to turn the vehicle in an effort to avoid the collision;

d) failing to obey a traffic control device;

e) failing to yield or stop at a yield intersection; and/or,

f) otherwise failing to drive his motor vehicle reasonably under the circumstances.

### D.  DAMAGES

10. As a direct and proximate result of Defendant's negligence, Plaintiff suffered bodily injury including a permanent injury to the body as a whole, pain and suffering or incurred the following:

a) Significant and permanent loss of an important bodily function and/or permanent and significant scarring;

b) Permanent injury within a reasonable degree of medical probability other than scarring and disfigurement;

c) Aggravation and/or activation of an existing or latent disease or physical defect;

d) Pain and suffering, disability, physical impairment, mental anguish, inconvenience, loss of capacity for the enjoyment of life;

e) Expenses of medical care and treatment in the past and in the future;

f) Loss of wages and/or loss of earning capacity in the past and in the future;

g) Loss of household services in the past and future;

h) All of these losses are continuing and/or are permanent.

**WHEREFORE**, Plaintiff, BRADFORD BROWN, asks for judgment against Defendant, UNITED STATES OF AMERICA, for:

a) actual damages of One Million Seven Hundred Fifty Thousand and No/100 Dollars, ($1,750,000.00);

b) costs of suit;

c) all other relief the court deems just and proper; and,

e) Plaintiff demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 5th day of January, 2021.

                                              */s/ Christopher J. Hinckley*
CHRISTOPHER J. HINCKLEY, ESQ.
FBN 041155
Morgan & Morgan, P.A.
1007 E. Silver Springs Blvd.
Ocala, FL 34470
Telephone: (352) 644-2000
Facsimile: (352) 644-2020
Primary email: CHinckley@forthepeople.com
Secondary email: NLogan@forthepeople.com
Trial Counsel for Plaintiff